[No. 36153-1-II.  Division Two.  August 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL HENRY PLANT, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00830-5, James J. Stonier, J., entered March 29, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36356-9-II.  Division Two.  August 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TYSON JOHN CHRISTOFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00425-6, John P. Wulle, J., entered May 22, 2007. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 36510-3-II.  Division Two.  August 5, 2008.]

CHRISTOPHER NEELY ET AL., *Respondents*, v. THE REID COMPANY, LLC, ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-2-01787-6, Diane M. Woolard, J., entered May 25, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 36658-4-II.  Division Two.  August 5, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JODIE D. GRAGG, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00022-7, F. Mark McCauley, J., entered July 30, 2007. *Remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.